IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER VON, OUTBACK DIRTWORKS, LLC, CHRISTOPHER RYAN ELTISTE, SHARON LYNN ELTISTE, and DOES 1–10, <br><br> Defendants. | CV 24–1–M–DWM <br> Lead Case |
| CHRISTOPHER RYAN ELTISTE and SHARON LYN ELTISTE, <br><br> Plaintiffs, <br><br> v. <br><br> NAUTILUS INSURANCE COMPANY, <br><br> Defendant. | CV 24–41–M–DWM <br> Member Case <br><br><br> ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED, each party to pay its own costs. Nautilus' recession claim is DISMISSED WITHOUT PREJUDICE; all other claims are DISMISSED WITH PREJUDICE. All pending

1

motions are MOOT and all deadlines are VACATED. The May 12, 2025 jury trial is VACATED.

DATED this 13th day of June, 2024.

                                           Donald W. Molloy, District Judge
                                           United States District Court